STATE v. HARRIS

No. 310P91

Case below: 103 N.C.App. 394

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

STATE v. KELLAM

No. 289P91

Case below: 103 N.C.App. 171

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

STATE v. LYONS

No. 186A91

Case below: 102 N.C.App. 174

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 4 September 1991.

STATE v. McDANIELS

No. 331A91

Case below: 103 N.C.App. 175

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 4 September 1991.

STATE v. STEWARD

No. 240A91

Case below: 102 N.C.App. 582

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 19 August 1991.